# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK TERENCE HARVEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>Defendants. | CASE NO. 5:19-cv-01453-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: November 5, 2019

*David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE